**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert James Nikisher              CHAPTER 13
        Kelly Lee Nikisher

               Debtor(s)                BKY. NO. 23-11664 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        10 Jul 2023, 09:37:46, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322