Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11664-PMM**

Robert James Nikisher  
Kelly Lee Nikisher  
843 Bluemont Drive  
Walnutport  PA    18088

Petition Filed Date: 06/05/2023  
341 Hearing Date: 08/22/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $6,187.35 | $0.00 | $0.00 |
| 2 | PINNACLE CREDIT SERVICES LLC<br>»»  002 | Unsecured Creditors | $136.89 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $851.15 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»»  004 | Mortgage Arrears | $35,909.88 | $0.00 | $0.00 |
| 5 | SCRATCH FINANCIAL INC<br>»»  005 | Unsecured Creditors | $1,716.83 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $1,873.47 | $0.00 | $0.00 |
| 7 | PINNACLE CREDIT SERVICES LLC<br>»»  007 | Unsecured Creditors | $1,053.32 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11664-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $840.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,680.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $50,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.