United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-11664-pmm |
|---|---|
| Robert James Nikisher | Chapter 13 |
| Kelly Lee Nikisher | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert James Nikisher, Kelly Lee Nikisher, 843 Bluemont Drive, Walnutport, PA 18088-9323 |
| 14788076 | + | Lehigh Township, 255 Cherryville Road, Northampton, PA 18067-9791 |
| 14797726 | + | M&T BANK, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14788081 | | Pyramid Healthcare Inc, PO Box 3475, Toledo, OH 43607-0475 |
| 14788083 | + | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14788071 | ^ | MEBN | Feb 02 2024 00:18:37 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 14788072 | ^ | MEBN | Feb 02 2024 00:18:35 | AssetRecovery Solutions LLC, 2200 E Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 14788073 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 02 2024 00:26:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14788074 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2024 06:58:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14788075 | ^ | MEBN | Feb 02 2024 00:18:42 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14792514 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:30:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800709 | | Email/Text: camanagement@mtb.com | Feb 02 2024 00:26:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 14800333 | | Email/Text: camanagement@mtb.com | Feb 02 2024 00:26:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 14797490 | ^ | MEBN | Feb 02 2024 00:18:43 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788077 | + | Email/Text: camanagement@mtb.com | Feb 02 2024 00:26:00 | M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 14788078 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 02 2024 00:26:00 | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 14788080 | ^ | MEBN | Feb 02 2024 00:18:53 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14788079 | ^ | MEBN | Feb 02 2024 00:18:40 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 14792516 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 01, 2024 | Form ID: 155 | Total Noticed: 20

| | | Feb 02 2024 00:31:06 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| --- | --- | --- | --- |
| 14788082 | Email/Text: cathy@scratchpay.com | Feb 02 2024 00:25:00 | Scratch Financial Inc, 225 South Lake Ave - Ste 250, Pasadena, CA 91101 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2024           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

**Name** — **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Kelly Lee Nikisher claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Robert James Nikisher claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert James Nikisher and Kelly Lee Nikisher

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−11664−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 1, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Patricia M. Mayer
                                                Judge, United States Bankruptcy Court

28
Form 155