United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-11664-pmm |
|---|---|
| Robert James Nikisher | Chapter 13 |
| Kelly Lee Nikisher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert James Nikisher, Kelly Lee Nikisher, 843 Bluemont Drive, Walnutport, PA 18088-9323 |
| 14788076 | + | Lehigh Township, 255 Cherryville Road, Northampton, PA 18067-9791 |
| 14797726 | + | M&T BANK, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14788081 | | Pyramid Healthcare Inc, PO Box 3475, Toledo, OH 43607-0475 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 19 2024 00:00:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 19 2024 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:20:47 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:06:35 | Pinnacle Credit Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788071 | ^ | MEBN | Jul 18 2024 23:58:32 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 14788072 | ^ | MEBN | Jul 18 2024 23:57:55 | AssetRecovery Solutions LLC, 2200 E Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 14788073 | + | Email/Text: dylan.succa@commercialacceptance.net | Jul 19 2024 00:00:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14788074 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 19 2024 00:00:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14788075 | ^ | MEBN | Jul 18 2024 23:58:04 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14792514 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:20:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800709 | | Email/Text: camanagement@mtb.com | Jul 19 2024 00:00:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240-1288 |
| 14800333 | | Email/Text: camanagement@mtb.com | Jul 19 2024 00:00:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 14797490 | ^ | MEBN | Jul 18 2024 23:58:05 | M&T Bank, C/O KML Law Group, 701 Market |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14788077 | + | Email/Text: camanagement@mtb.com | Jul 19 2024 00:00:00 | Street Suite 5000, Philadelphia, PA. 19106-1541<br>M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 14788078 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 18 2024 23:59:00 | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 14788080 | ^ | MEBN | Jul 18 2024 23:58:33 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14788079 | ^ | MEBN | Jul 18 2024 23:58:01 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 14792516 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 00:06:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14788082 | | Email/Text: cathy@scratchpay.com | Jul 18 2024 23:59:00 | Scratch Financial Inc, 225 South Lake Ave - Ste 250, Pasadena, CA 91101 |
| 14788083 | ^ | MEBN | Jul 18 2024 23:57:29 | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

**Name** | **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Kelly Lee Nikisher claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Robert James Nikisher claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 24

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Robert James Nikisher<br>　　Kelly Lee Nikisher<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 23-11664-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 18, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE